DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
TENESA S. SCATURRO, ESQ.
Nevada Bar No. 12488
AKERMAN SENTERFITT LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:   (702) 634-5000
Facsimile:    (702) 380-8572
Email:  darren.brenner@akerman.com
Email:  tenesa.scaturro@akerman.com
*Attorneys for Defendant The Bank of New York Mellon*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEBRA MITMAN,<br><br>                    Plaintiff,<br><br>v.<br><br>BANK OF NEW YORK MELLON & CREDIT SUISSE, N.A.,<br><br>                    Defendants. | Case No.:    2:13-cv-00532-APG-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

THE PARTIES HEREBY STIPULATE AND AGREE that on March 5, 2013, Credit Suisse Securities (USA), LLC, improperly named as Credit Suisse, N.A., (Credit Suisse) filed its Motion to Dismiss. ECF No. 15.[1]

THE PARTIES FURTHER STIPULATE AND AGREE that on April 2, 2013, The Bank of New York Mellon (**BNY**) filed a motion to dismiss plaintiff's complaint for failure to state a claim. ECF No. 6.

THE PARTIES FURTHER STIPULATE AND AGREE that the motions to dismiss were based, in part, on the allegation that neither BNY nor Credit Suisse are the lender or the beneficiary of the loan at issue in the complaint, nor do either BNY or Credit Suisse claim any right to title to the

---

[1] Credit Suisse's motion to dismiss was fully briefed in the Eighth Judicial District Court prior to BNY's removal to federal court.

{26918111;1}

1  property.

2  THE PARTIES FURTHER STIPULATE AND AGREE that BNY neither Credit Suisse are
3  the lender, beneficiary, nor claim any right to title to the property at issue.

4  THE PARTIES FURTHER STIPULATE AND AGREE that the Complaint may be
5  dismissed with each party to bear its own attorney fees and costs.

6  THE PARTIES FURTHER STIPULATE AND AGREE that all pending motions and
7  hearings are vacated.

8  DATED this 28th day of August, 2013.

| AKERMAN SENTERFITT LLP | CALLISTER & ASSOCIATES, LLC |
|---|---|
| /s/ TENESA S. SCATURRO | /s/ BROOKE A. BOHLKE |
| DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>TENESA S. SCATURRO, ESQ.<br>Nevada Bar No. 12488<br>1160 Town Center Drive, Ste. 330<br>Las Vegas, Nevada 89144<br>*Attorneys for Defendant The Bank of New York Mellon* | MATTHEW Q. CALLISTER, ESQ.<br>Nevada Bar No. 1396<br>BROOKE A. BOHLKE, ESQ.<br>Nevada Bar No. 9374<br>823 Las Vegas Blvd. South, 5th Floor<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiff Debra Mitman* |
| WRIGHT, FINLAY & ZAK, LLP | |
| /s/ R. SAMUEL EHLERS | |
| R. SAMUEL EHLERS, ESQ.<br>Nevada Bar No. 9313<br>ROBIN P. WRIGHT, ESQ.<br>Nevada Bar No. 9296<br>5532 S. Fort Apache Road, Ste. 110<br>Las Vegas, Nevada 89148<br>*Attorneys for Defendant Credit Suisse Securities (USA), LLC* | |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: August 29, 2013.

{26918111;1} {26918111;1}                    2